■  ALVIN M. FJELSTAD, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— In an action to recover damages for personal injuries, the appeal is from a judgment, entered upon a jury's verdict, in favor of respondent.  Respondent, a passenger, was injured while alighting from one

of appellant's trains. Judgment unanimously affirmed, with costs. No opinion. Present.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.